172 So.2d 701

Rosa Nell DUNBAR

v.

EDWARD LEVY METALS, INC., and
Mid-Continent Underwriters.

No. 47675.

March 29, 1965.

In re: Rosa Nell Dunbar applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 906.

Writ refused. On the facts found by the ·Court of Appeal there appears no error of law.